CSD 3019
05/15

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Omar Jay Alegria<br><br>Debtor(s) | BANKRUPTCY NO.   24−04888−CL7 |
| Matthew Stika<br><br>Plaintiff(s) | ADVERSARY NO.   25−90036−CL |
| v.<br><br>Omar Algeria<br><br>Defendant(s) | |

## NOTICE OF PRE−TRIAL STATUS CONFERENCE

YOU ARE HEREBY NOTIFIED that the PRE−TRIAL STATUS CONFERENCE in this proceeding:

**re Complaint**

has been set for 6/30/25 at 10:00 AM, in Department 1, Room 218, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101−6991.

Pursuant to Local Bankruptcy Rule 7016−1(c), all counsel and unrepresented parties must complete and jointly sign Local Form CSD 3018 Certificate of Compliance with Early Conference of Counsel. No later than 7 days after the early conference, plaintiff's counsel must file and serve the completed Local Form CSD 3018 on all parties.

Contact the Courtroom Deputy for Judge Christopher B. Latham at 619−557−6019 if you have any questions.

Dated:  4/30/25

Mark Schnakenberg
Clerk of the Bankruptcy Court

Certificate of Compliance (CSD 3018) due by 06/05/25 per LBR 7016−1(a)(3) and (c).

United States Bankruptcy Court
Southern District of California

Stika,
    Plaintiff

Algeria,
    Defendant

Adv. Proc. No. 25-90036-CL

# CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 2
Date Rcvd: Apr 30, 2025      Form ID: 3019      Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Matthew Stika, 243 N Wisconsin St., Fallbrook, CA 92028-2047 |
| dft | + | Omar Algeria, 920 E Mission Rd Apt 3, Fallbrook, CA 92028-2220 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | | Email/Text: elvina.rofael@usdoj.gov | Apr 30 2025 23:20:00 | Elvina Rofael, United States Trustee, 880 Front Street Third Floor, Suite 3230, San Diego, CA 92101 |
| ust | | Email/Text: elvina.rofael@usdoj.gov | Apr 30 2025 23:20:00 | Rofael, United States Trustee, 880 Front Street, Third Floor, Suite 323, San Diego, CA 92101 |
| ust | + | Email/Text: ustpregion17.sc.ecf@usdoj.gov | Apr 30 2025 23:20:00 | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |
| ust | + | Email/Text: ustp.region15@usdoj.gov | Apr 30 2025 23:20:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025      Signature:      /s/Gustava Winters

District/off: 0974-3 | User: Admin. | Page 2 of 2
Date Rcvd: Apr 30, 2025 | Form ID: 3019 | Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Defendant Omar Algeria bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |

TOTAL: 1