DECLARATION OF MATTHEW STIKA IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

I, Matthew Stika, declare:

1.      I am the Plaintiff in this adversary proceeding and have personal knowledge of the facts stated herein.

2.      On April 6, 2024, Omar Alegria sent me a $1,000 Zelle payment as the first installment under our agreement for him to purchase a vehicle from me.

3.      On May 5, 2024, he sent another Zelle payment of $500. After that, he attempted to reduce the agreed monthly payment amount and then stopped making payments altogether.

4.      I asked for the return of the vehicle, but Defendant made the process difficult and avoided communication.

5.      Between May and September 2024, he traded in the vehicle for a new one without informing me and without satisfying the balance owed. He disclosed this in small claims court.

6.      I obtained a judgment in the amount of $12,500 in small claims court on September 12, 2024.

7.      On October 21, 2024, Defendant sent me a single $100 payment toward the judgment. Shortly after, he stopped communicating and told me to contact his bankruptcy attorney.

8.      He then filed for Chapter 7 bankruptcy.

9.      I have personal knowledge of text messages from Defendant where he discusses making large amounts of unreported cash income from services including massage and sexual services, which he used to travel, give gifts, and make purchases. He stated he does his own taxes and did not disclose this income in his bankruptcy case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of June, 2025, in Fallbrook, California.

Matthew Stika

Plaintiff has properly pleaded claims under §§ 523(a)(2)(A) and 523(a)(6), supported by a clear timeline and specific facts. The Court should deny Defendant's Motion and allow this adversary proceeding to move forward.

Dated: June 26, 2025

Respectfully submitted,

Matthew Stika

243 N Wisconsin St.

Fallbrook, CA 92028

(424) 542-5565

mattstika@gmail.com

Plaintiff, In Pro Per