6/30/25, 12:47 AM

Screen Shot 2025-01-28 at 3.06.42 PM.png

← → C 🔒 masseurfinder.com/massage-therapists/38783/

masseurfinder

### Rates

| | | At your home, office or hotel |
|---|---|---|
| **British Sports** | 45 min. | $80 |
| **Reflexology** | 60 min. | $180 |
| **Thai** | 90 min. | $200 |

### PAYMENTS & DISCOUNTS

- Apple Pay, Cash, Samsung Pay, Venmo, Zelle accepted
- Longer sessions available.
- Amounts listed are base rates only. Actual rates vary based on distance travelled, services provided, etc.
- 40% off on Saturdays
- Discounts available for military veterans, active military, dancers, entertainment industry, bodybuilders, birthdays, emergency workers, airline crews

### Hours

**M:** 7 a.m. - 10 p.m.
**Tu:** 7 a.m. - 10 p.m.
**W:** 7 a.m. - 10 p.m.
**Th:** 7 a.m. - 10 p.m.
**F:** 7 a.m. - 10 p.m.
**Sa:** 7 a.m. - 10 p.m. 7 a.m. - 11 p.m.
**Su:** 7 a.m. - 10 p.m. 7 a.m. - 11 p.m.

Leaflet | © MapTiler © OpenStreetMap contributors

### Additional Info

**Techniques:** British Sports, Deep Tissue, Reflexology, Sports, Swedish, Thai
**Experience:** 9 years
**Mobile extras:** Massage Table, Music

Terms of Services | Privacy Policy



Contact at (760) 383-6883

SEARCH    NEW    ABOUT    JOIN    LOGIN

Paused    Update




6/30/25, 12:47 AM

Screen Shot 2025-01-28 at 3.10.46 PM.png

masseurfinder   masseurfinder.com/s/signup/

|  | **Bronze** For part-timers who need a boost | **Gold** For masseurs ready to take their business to the next level | **Platinum** For top pros who want to make serious money |
|---|---|---|---|
| **Number of ads** | 1 | 1 | 2 |
| **Placement in search results** | Bottom tier | Middle tier | Top tier |
| **Number of photos** | 4 | 7 | 10 |
| **Available Now feature** | 60 minutes at a time | 90 minutes at a time | 120 minutes at a time |
| **Travel schedule** | 2 trip/month | 6 trips/month | unlimited |
| **Chance to be in the weekly newsletter** | (if enough room) | ✓ | ✓ |
| **In rotation on homepage** | × | × | ✓ |
| **Weekly specials** | × | ✓ | ✓ |
| **Cancel anytime** | ✓ | ✓ | ✓ |
|  | **$138.99** / month (renews automatically each month until you cancel) [Select] | **$246.99** / month (renews automatically each month until you cancel) [Select] | **$374.99** / month (renews automatically each month until you cancel) [Select] |

We accept Visa, Mastercard, Discover & American Express

We only accept cards issued in your own name

You can cancel future automated billing at any time with the click of a button