UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

COURT MINUTES

### Hearing Information:

**ADV:** 25-90036-CL
Matthew Stika vs Omar Alegria

|  |  |
|---|---|
| **Debtor:** | Omar Jay Alegria |
| **BK Case Number:** | 24-04888-CL7    **Chapter:** 7 |
| **Date/Time/Room:** | 07/02/2025 2:00 PM, Department 1 |
| **Bankruptcy Judge:** | Christopher B. Latham |
| **Courtroom Clerk:** | Josie Rodriguez-Olivas |
| **ECRO:** | FTR |

### Matters:

MOTION TO DISMISS ADVERSARY COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED FILED BY DEFENDANT

### Appearances:

Matthew Stika (*telephonic*)
Benjamin Heston, Attorney for Omar Alegria (*telephonic*)

### Disposition:

For the reasons stated on the record, Court will grant the motion to dismiss with leave to amend and prepare a separate written order.

cc: Matthew Stika, *pro se plaintiff*