UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In re *Omar Jay Alegria*
Bankruptcy Case No. 24-04888-CL7

In re *Matthew Sitka*
Adversary Case No. 25-90036-CL

## CERTIFICATE OF MAILING

The undersigned, a regularly appointed and qualified clerk in the office of the United States Bankruptcy Court for the Southern District of California, at San Diego, hereby certifies that a true copy of the attached document, to wit:

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND ALLOWING LEAVE TO AMEND

was enclosed in a sealed envelope bearing the lawful frank of the bankruptcy judges and mailed via first class mail to the parties at their respective addresses listed below:

Matthew Sitka
243 N Wisconsin St.
Fallbrook, CA 92028

Said envelope(s) containing such document was deposited by me in the City of San Diego, in said District on March 20, 2024.

_____
Josie Rodriguez-Olivas, Deputy Clerk