NTF
Rev. 02/25

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

| Omar Jay Alegria<br><br>Debtor(s) | BANKRUPTCY NO. 24−04888−CL7 |
|---|---|
| Matthew Stika<br><br>Plaintiff(s) | ADVERSARY NO. 25−90036−CL |
| v.<br><br>Omar Alegria<br><br>Defendant(s) | |

**Notice To Filer Of Errors And/Or Deficiencies in Documents**

Document Number **23**   filed on: **8/11/25**
Title of Document: **Motion For Relief From Automatic Stay**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

**There are outstanding court fees due in this case $. Please contact the Financial department to pay the appropriate fees at 619−557−5376 or Visit https://www.pay.gov/public/form/start/843850997**

A notice should have been filed with your Motion or Document. Refer to LBR
https://www.casb.uscourts.gov/rules_procedures.
Relief from Stay − Notice of Filing of Motion for RS must accompany the Motion. The Filer is
Directed to File the Notice.

 Visit the Court website CM/ECF Training & Registration page. The training focuses on court−specific filing requirements and is available online for you to complete at your own pace with training video included. If you have questions, please contact the Case Administrator assigned to your case https://www.casb.uscourts.gov/court_phonelist.

**ACTION TAKEN BY COURT**

☑  Atty/Debtor/Movant contacted on **8/11/25**        via   ☐ Tel/Voice Mail       ☐ Email   ☑ Mail or Other

**OTHER:**   **Must use official forms CSD 1160 & 1163 when filing for Relief from Automatic Stay, and there is a**

**fee of $199.00 to file a Motion for Relief from Automatic Stay, please include your RS# as required.**

Dated: 8/11/25

Mark Schnakenberg
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

Stika,
    Plaintiff

Alegria,
    Defendant

Adv. Proc. No. 25-90036-CL

# CERTIFICATE OF NOTICE

District/off: 0974-3     User: Admin.     Page 1 of 1
Date Rcvd: Aug 11, 2025     Form ID: 185     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

**Recip ID**     **Recipient Name and Address**
pla     + Matthew Stika, 243 N Wisconsin St., Fallbrook, CA 92028-2047

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:

**Name**     **Email Address**
Benjamin Heston
    on behalf of Defendant Omar Alegria bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

TOTAL: 1