**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Defendant

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| In re: | Case No: 24-04888-CL7 |
| OMAR JAY ALEGRIA, | Adv. No: 25-90036-CL |
| Debtor. | Chapter 7 |
| | **ANSWER TO AMENDED COMPLAINT** |
| MATTHEW STIKA, | |
| Plaintiff, | |
| v. | |
| OMAR JAY ALEGRIA, | |
| Defendant. | |

Defendant, Omar Jay Alegria, by and through his Counsel of Record, hereby answers the Amended Complaint filed by Matthew Stika and alleges as follows:

1. Defendant admits the allegations contained in Paragraph 1.1 of the Amended Complaint.
2. Defendant admits the allegations contained in Paragraph 1.2 of the Amended Complaint.
3. Defendant admits the allegations contained in Paragraph 2.1 of the Amended Complaint.
4. Defendant admits the allegations contained in Paragraph 2.2 of the Amended Complaint.
5. Defendant denies the allegations contained in Paragraph 3.1 of the Amended Complaint.
6. Defendant denies the allegations contained in Paragraph 3.2 of the Amended Complaint.
7. Defendant denies the allegations contained in Paragraph 3.3 of the Amended Complaint.

1
ANSWER TO AMENDED COMPLAINT

8. Defendant denies the allegations contained in Paragraph 3.4 of the Amended Complaint.

9. Defendant admits the allegations contained in Paragraph 3.5 of the Amended Complaint.

10. Defendant denies the allegations contained in Paragraph 3.6 of the Amended Complaint.

11. Defendant admits the allegations contained in Paragraph 3.7 of the Amended Complaint.

12. Defendant admits the allegations contained in Paragraph 3.8 of the Amended Complaint.

13. Defendant admits the allegations contained in Paragraph 3.9 of the Amended Complaint.

14. Defendant reincorporates his responses to all preceding paragraphs as if fully set forth in response to Paragraph 4.1 of the Amended Complaint.

15. Defendant denies the allegations contained in Paragraph 4.2 of the Amended Complaint.

16. Defendant denies the allegations contained in Paragraph 4.3 of the Amended Complaint.

17. Defendant denies the allegations contained in Paragraph 4.4 of the Amended Complaint.

18. Defendant denies the allegations contained in Paragraph 4.5 of the Amended Complaint.

19. Defendant denies the allegations contained in Paragraph 4.6 of the Amended Complaint.

20. Defendant denies the allegations contained in Paragraph 4.7 of the Amended Complaint.

21. Defendant reincorporates his responses to all preceding paragraphs as if fully set forth in response to Paragraph 5.1 of the Amended Complaint.

22. Defendant denies the allegations contained in Paragraph 5.2 of the Amended Complaint.

23. Defendant denies the allegations contained in Paragraph 5.3 of the Amended Complaint.

24. Defendant denies the allegations contained in Paragraph 5.4 of the Amended Complaint.

25. Defendant denies the allegations contained in Paragraph 5.5 of the Amended Complaint.

26. Defendant denies the allegations contained in Paragraph 5.6 of the Amended Complaint.

27. Defendant reincorporates his responses to all preceding paragraphs as if fully set forth in response to Paragraph 6.1 of the Amended Complaint.

28. Defendant denies the allegations contained in Paragraph 6.2 of the Amended Complaint.

29. Defendant denies the allegations contained in Paragraph 6.3 of the Amended Complaint.

30. Defendant denies the allegations contained in Paragraph 6.4 of the Amended Complaint.

31. Defendant denies the allegations contained in Paragraph 6.5 of the Amended Complaint.

32. Except as expressly admitted herein, Defendant denies each and every remaining allegation of the Amended Complaint.

**AFFIRMATIVE DEFENSES**

Defendant asserts the following affirmative defenses and reserves his right to assert additional defenses if and when they become known:

**Res Judicata / Claim Preclusion**

Plaintiff obtained a state court judgment for breach of contract and the issues of fraud or willful and malicious injury were not litigated or established. Plaintiff cannot recharacterize a contract judgment as fraud for purposes of nondischargeability.

**Mitigation of Damages**

Plaintiff failed to mitigate his damages. Any damages alleged are excessive and not recoverable beyond the state court judgment.

**Unclean Hands**

Plaintiff's own wrongful conduct bars him from obtaining equitable relief.

**Estoppel**

Plaintiff is barred from asserting claims inconsistent with his prior conduct, statements, or admissions.

**Waiver**

Plaintiff knowingly and voluntarily relinquished any right to claim fraud or willful or malicious injury by proceeding only on a contract theory in state court.

**Failure to Mitigate**

Plaintiff failed to take reasonable steps to reduce or prevent damages.

///
///
///

### Setoff / Recoupment

Defendant is entitled to offset any amounts Plaintiff improperly obtained or benefits Plaintiff retained.

### Abuse of Process

Plaintiff is misusing this adversary proceeding for purposes of harassment or leverage, not to protect legitimate rights.

### PRAYER FOR RELIEF

Wherefore, Defendant respectfully requests that the Court order as follows:

1. Judgement to be entered in Defendant's favor;
2. Defendant be awarded a judgment for costs of suit and attorney's fees pursuant to 11 U.S.C. §523(d);
3. Any such further relief the Court deems just and necessary.

**Respectfully Submitted,**

**NEXUS BANKRUPTCY**

Date: August 18, 2025

/s/Benjamin Heston
BENJAMIN HESTON, ESQ,
Attorney for Defendant

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

OMAR JAY ALEGRIA
                                    Debtor(s)

BANKRUPTCY NO. 24-04888-CL7

MATTHEW STIKA
                                    Plaintiff(s)

ADVERSARY NO. 25-90036-CL

v.

OMAR JAY ALEGRIA
                                    Defendant(s)

# PROOF OF SERVICE

I, Benjamin Heston, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On August 18, 2025, I served the following documents:
Answer to Amended Complaint

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On August 18, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Benjamin Heston   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

☐   Chapter 7 Trustee:

☐   For Chapter 7, 11, & 12 cases:
    UNITED STATES TRUSTEE
    ustp.region15@usdoj.gov

☐   For Chapter 13 cases:
    MICHAEL KOCH, TRUSTEE
    mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On  August 18, 2025  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Matthew Stika
243 N Wisconsin St.
Fallbrook, CA 92028

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  August 18, 2025         /s/Benjamin Heston
              (Date)                  (Typed Name and Signature)

                                      3090 Bristol Street #400
                                      (Address)

                                      Costa Mesa, CA 92626
                                      (City, State, ZIP Code)