TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

| | |
|---|---|
| Adversary Case: | Stika v. Alegria |
| Bankruptcy Case: | Omar Jay Alegria |
| Adversary Number: | 25-90036-CL |
| Bankruptcy Number: | 24-04888-CL7 |
| Hearing: | 10/27/2025 10:00 AM |
| Motion: | PRE-TRIAL STATUS CONFERENCE |

The court will **hear** the matter. The parties have not submitted a certificate of compliance. *See* CSD 3018. The court will look for that to be filed before the hearing.