CSD 3018 [12/01/2022]
Name, Address, Telephone No. & I.D. No.

**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
**3090 Bristol Street #400**
**Costa Mesa, CA 92626**
**Tel: 949.312.1377**
**Fax: 949.288.2054**
**ben@nexusbk.com**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re  OMAR JAY ALEGRIA

Debtor.

BANKRUPTCY NO. 24-04888-CL7

MATTHEW STIKA

Plaintiff(s)

ADVERSARY NO. 25-90036-CL

v.
OMAR JAY ALEGRIA

Defendant(s)

Date & Time of Pre-Trial Status Conference:
October 27, 2025 at 10:00 AM
Name of Judge: Christopher Latham

# CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL
[LOCAL BANKRUPTCY RULE 7016-1]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following **Certificate of Compliance with Early Conference of Counsel** in accordance with LBR 7016-1(c):

**A.    SERVICE OF PLEADINGS**

1. Have all parties been served?    ☒ Yes    ☐ No

2. Have all parties filed and served answers to the complaint, counterclaims, etc.?    ☒ Yes    ☐ No

**B.    SETTLEMENT AND MEDIATION**

1. What is the status of settlement efforts?
   None

2. Has this dispute been formally mediated? If so, when?
   No

3. Has mediation been discussed with your client? (See LBR 7016-3.)
   Plaintiff                     Defendant
   ☐ Yes    ☐ No        ☒ Yes    ☐ No

4. The parties desire to go to voluntary, non-binding mediation. (See Administrative Procedures, Section 5) They have reviewed the list of mediators on the court's website (**www.casb.uscourts.gov**) or obtained the list from the court and have selected the following persons subject to availability as first, second, and third choices for mediator:
   First Choice:
   Second Choice:
   Third Choice:
   Parties are requested to notify the courtroom deputy of their preferences at the time a pretrial status conference date is obtained.

CSD 3018 [12/01/2022]

**C.    DISCOVERY**

1. Discovery should be propounded in time to be completed by   60 days   .

2. The parties held their early conference of counsel on   n/a   .
   (LBR 7016-1(a)(3) requires the early conference of counsel within 30 days after all defendants have appeared or, in cases having multiple defendants, within 45 days after the first defendant appears.)

3. Initial disclosures (FRBP 7026(a)(1)) should be served by   7 days   .

4. Maximum of 35 interrogatories by each party to any other party.

5. Maximum of 35 requests for admission by each party to any other party.

6. Maximum of 2 depositions by plaintiff(s) and 2 by defendant(s).

7. Each deposition [other than of   n/a   ] should be limited to a maximum of 7 hours unless extended by agreement of the parties.

8. Expert disclosures (FRBP 7026(a)(2)) should be served by   n/a   .

9. Rebuttal expert disclosures (FRBP 7026(a)(2)) should be served by   n/a   .

10. Expert reports (FRBP 7026(a)(2)(B)) should be served by   n/a   .

11. Rebuttal expert reports (FRBP 7026(a)(2)(B)) should be served by   n/a   .

12. Any supplemental disclosures and discovery responses (FRBP 7026(e)) should be served by   n/a   .

**D.    MOTION PRACTICE**

1. Motions to join additional parties or to amend the pleadings should be filed by   n/a   .

2. All other motions, except motions in limine, should be filed by   60 days before trial   .

**E.    TRIAL PREPARATION**

1. When will you be ready for trial in this case?   120 days   .

2. What is your estimate of the time required to present both sides of the case at trial (including rebuttal phase, if applicable)?   4 hours   

3. How many witnesses do you intend to call at trial (including opposing parties)? 2

**F.    CONSENT TO BANKRUPTCY COURT JUDGMENT**

The following parties consent to entry of final orders or judgment by the Bankruptcy Court:
Defendant, Omar Alegria

CSD 3018 [12/01/2022]

**G.** **PRETRIAL STATUS CONFERENCE**

A further pretrial status conference in this case should be held on _____ at _____ m. At that time, the Court may set deadlines for pretrial disclosures and objections (FRBP 7026(a)(3)) and schedule the final pretrial conference (FRBP 7016(e)).

**H.** **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL**: (Use additional page if necessary.)

Counsel for Defendant has repeatedly attempted to apprise Plaintiff of his duties to prosecute this case, including providing the Local Rules and citing him to forms. This efforts have been ignored. This has put counsel for Defendant in the ethically murky position of, effectively, prosecuting a case against his own client.

Defendant will be requesting that the Court issue and Order to Show Cause why this case should not be dismissed for lack of prosecution.

Dated: October 24, 2025

Nexus Bankruptcy
Firm Name

By: /s/Benjamin Heston
Name: Benjamin Heston

Attorney for: Defendant, Omar Jay Alegria

Dated: _____

_____
Firm Name

By: _____
Name: _____

Attorney for: _____

**LBR 7016-1(c) requires this form to be filed no later than 7 days after early conference of counsel.**

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br><br>OMAR ALEGRIA,<br>Debtor(s) | BANKRUPTCY NO. 24-04888-CL7 |
|---|---|
| MATTHEW STIKA,<br>Plaintiff(s) | ADVERSARY NO. 25-90036-CL |
| v.<br><br>OMAR ALEGRIA<br>Defendant(s) | |

# PROOF OF SERVICE

I, __Benjamin Heston__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __October 24, 2025__, I served the following documents:

CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL
[LOCAL BANKRUPTCY RULE 7016-1]

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __October 24, 2025__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☒ Chapter 7 Trustee:

☒ For Chapter 7, 11, & 12 cases:            ☐ For Chapter 13 cases:
UNITED STATES TRUSTEE                              MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov                             mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On  October 24, 2025  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Matthew Stika
243 N Wisconsin St.
Fallbrook, CA 92028

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  October 24, 2025            /s/Benjamin Heston
             (Date)                       (Typed Name and Signature)

                                          3090 Bristol Street #400
                                          (Address)

                                          Costa Mesa, CA 92626
                                          (City, State, ZIP Code)