# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## COURT MINUTES

### *Hearing Information:*

    **ADV:** 25-90036-CL
    Matthew Stika vs Omar Alegria

| | |
|---|---|
| **Debtor:** | Omar Alegria |
| **BK Case Number:** | 24-04888-CL7    **Chapter:** 7 |
| **Date/Time/Room:** | 10/27/2025 10:00 AM, Department 1 |
| **Bankruptcy Judge:** | Christopher B. Latham |
| **Courtroom Clerk:** | Josie Rodriguez-Olivas |
| **ECRO:** | FTR |

### *Matters:*

    PRE-TRIAL STATUS CONFERENCE

### *Appearances:*

    Thomas A. Buckley, Attorney for Omar Alegria (*telephonic*)

### *Disposition:*

Court notes the non-appearance of Plaintiff, Mr. Stika. That non-appearance is unexplained and unexcused. In addition, Court also notes that according to counsel, Plaintiff has not met and conferred with him for pre-trial purposes nor did he sign the Certificate of Compliance.

For all these reasons, it appears to the Court that Mr. Stika has abandoned the case. Court will therefore issue an Order to Show Cause re Dismissal.

The pre-trial status conference now goes off calendar.