CSD 3040 [03/01/15]

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on November 25, 2025 by Clerk U.S. Bankruptcy Court Southern District of California

| In Re<br>Omar Jay Alegria<br><div align="right">Debtor.</div> | BANKRUPTCY NO. 24-04888-CL7 |
|---|---|
| Matthew Stika<br><div align="right">Plaintiff(s)</div> | ADVERSARY NO. 25-90036-CL |
| v.<br>Omar Alegria<br><div align="right">Defendant(s)</div> | |

**ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE**
**FOR WANT OF PROSECUTION**

It appearing from the Court records for the above-entitled adversary proceeding that more than twenty days have elapsed since the Plaintiff was served with the Court's *NOTICE OF INTENT TO DISMISS ADVERSARY PROCEEDING WITHOUT PREJUDICE FOR WANT OF PROSECUTION,* and that such inactivity is grounds for dismissal of this proceeding pursuant to Local Bankruptcy Rule 7041-1, and good cause appearing therefor,

**IT IS ORDERED** that the above-entitled adversary proceeding is dismissed without prejudice.

November 25, 2025

Judge, United States Bankruptcy Court

CSD 3040